UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS C. SHELTON and
MARA G. SHELTON,

    Plaintiffs,

v.                                                     Case No: 8:12-cv-2064-T-30AEP

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the Mandate of the Eleventh Circuit Court of Appeals (Dkt. #72) directing remand of this case and the Notice of Settlement (Dkt. #73).

This case came before this Court as an action for damages, which arose out of an insurance policy Defendant Liberty Mutual Fire Insurance Company issued to Plaintiffs Thomas and Mara Shelton. Plaintiffs contended that their property suffered damages consistent with sinkhole activity, a covered cause of loss. On November 21, 2013, this Court entered an Order granting summary judgment in favor of Plaintiffs. Defendant appealed to the Eleventh Circuit Court of Appeals.

The Eleventh Circuit issued an Order on August 21, 2014, which reversed, vacated, and remanded the case to this Court. The Mandate of the Eleventh Circuit Court of Appeal

(Dkt. #72) was issued on December 2, 2014. On December 3, 2014, Defendant filed a notice of settlement (Dkt. #73), advising that the parties had reached a global settlement of this matter. Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Clerk of Court is directed to re-open this case.

2. This cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice.

3. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of December, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2012\12-cv-2064 remand closure.docx